# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:18-mj-71719 MAG |
| Henry W. Royer | ) | |
| | ) | Charging District: Northern District of Florida |
| *Defendant* | ) | Charging District's Case No. 3:18-cr-00091 RV |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: USDC Northern District of Florida, Pensacola Division 100 North Palafox Street Pensacola, FL 32502 | Courtroom No.: Judge Charles J. Kahn, Jr. |
|---|---|
| | Date and Time: 12/17/2018 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/05/2018

_____
*Judge's signature*

Nathanael Cousins, United States Magistrate Judge
*Printed name and title*